# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASKARAN SINGH SINGH,<br><br>   Petitioner,<br><br>   v.<br><br>TONYA ANDREWS, et al.,<br><br>   Respondents. | Case No. 1:25-cv-01438-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On December 12, 2025, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to immediately release Petitioner. (ECF No. 20.) On December 14, 2025, Respondents filed a status report stating that "undersigned counsel for Respondents hereby notifies the Court that she has been informed that Petitioner Jaskaran Singh Singh has been released from immigration detention." (ECF No. 21.)

Accordingly, the Clerk of Court is DIRECTED to enter judgment in accordance with the Court's December 12, 2025 order and to close the case.

IT IS SO ORDERED.

Dated:   **December 22, 2025**         /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE